# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MICHELLE GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 16-00652-JEM<br><br>**AMENDED JUDGMENT** |

　　　In accordance with the Amended Memorandum Opinion and Order Reversing Decision of the Commissioner of Social Security filed concurrently herewith,

　　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this case REMANDED for further proceedings in accordance with the Amended Memorandum Opinion and Order and with law.

DATED: October 27, 2016　　　　　　　　　　　　　　/s/ John E. McDermott
　　　　　　　　　　　　　　　　　　　　　　　　　　JOHN E. MCDERMOTT
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE