1  16cvLawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Laura Michelle Garcia

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | LAURA MICHELLE GARCIA,                    | ) Case No.: 2:16-cv-00652-PA-JEM
12 |           Plaintiff,                      | ) ORDER AWARDING EQUAL
   |                                           | ) ACCESS TO JUSTICE ACT
13 |    vs.                                    | ) ATTORNEY FEES AND EXPENSES
   |                                           | ) PURSUANT TO 28 U.S.C. § 2412(d)
14 | CAROLYN W. COLVIN, Acting                 | ) AND COSTS PURSUANT TO 28
   | Commissioner of Social Security,          | ) U.S.C. § 1920
15 |                                           | )
   |           Defendant                       | )
16 |                                           | )
17

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20     IT IS ORDERED that fees and expenses in the amount of $3,600.00 as

21  authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized

22  by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

23  DATE: January 18, 2017

24                           _____
                             THE HONORABLE JOHN E MCDERMOTT
25                           UNITED STATES MAGISTRATE JUDGE

26

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 |    /s/ *Lawrence D. Rohlfing*
   | _____
4 | Lawrence D. Rohlfing
   | Attorney for plaintiff Laura Michelle Garcia
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26